# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTEZ HARRIS, : | |
| : | |
| Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-3093 |
| JOHN KERESTES, et al., : | |
| : | |
| Respondents. : | |

## ORDER

**AND NOW**, this __16th__ day of December, 2014, upon careful and independent consideration of the Petition for a Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254 (Doc. 1), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 15) and Petitioner's Objections thereto (Doc. 19), **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED** and **DISMISSED WITHOUT AN EVIDENTIARY HEARING**; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, C.J.